IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01255-EWN-KLM

BARBARA GARDINER, and
NEIL GARDINER,

      Plaintiffs,

v.

MEDTRONIC, INC.;
MEDTRONIC, USA, INC.;
MEDTRONIC NEUROLOGICAL; and
MEDTRONIC NEUROMODULATION,

      Defendants.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendants' Motion to Modify Scheduling Order** [Docket No. 22; Filed September 22, 2008] ("Defendants' Motion") and **Plaintiffs' Motion for Additional Time for Appearance of Counsel and to Reschedule Deadline for Joinder of Parties/Amendment of Pleadings to October 15, 2008** [Docket No. 24; Filed September 22, 2008] ("Plaintiffs' Motion").

IT IS HEREBY **ORDERED** that Defendants' Motion is **GRANTED**.  The Court modifies the Scheduling Order [Docket No. 21] and supplements the parties' deposition schedule as set forth in Docket No. 22-2.

IT IS HEREBY **ORDERED** that Plaintiffs' Motion is **GRANTED**.  The Court modifies the Scheduling Order to extend the time for Plaintiffs to join parties or amend their pleadings to **October 15, 2008**.  To the extent that Plaintiffs intended to request the extension of other case deadlines, they did not adequately explain their position in the Motion, and the Court does not consider whether other case deadlines should be reset.

The parties are reminded of their obligation to meaningfully confer pursuant to D.C. Colo. L. Civ. R. 7.1(A).  Neither party satisfied their duty here.  Plaintiffs wholly failed to confer in compliance with the rule and Defendants, while they indicated that they did confer, did not inform the Court the position of Plaintiffs regarding the relief requested.  Future motions which do not comply with Local Rule 7.1(A) with be summarily denied.

Dated:  September 24, 2008