IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01255-PAB-KLM

BARBARA GARDINER, and
NEIL GARDINER,

    Plaintiffs,

v.

MEDTRONIC, INC.;
MEDTRONIC, USA, INC.;
MEDTRONIC NEUROLOGICAL; and
MEDTRONIC NEUROMODULATION,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Status Conference and Modification of Scheduling Order** [Docket No. 30; Filed December 8, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The deadlines set forth in the Scheduling Order [Docket No. 21] and supplemented by Docket No. 22-2 are stayed pending the setting of new case deadlines.

    IT IS FURTHER **ORDERED** that a status conference is set for **January 26, 2009 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The purpose of the status conference is to set new case deadlines.

    The parties shall submit their proposed amended scheduling order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed amended scheduling order is on or before **January 19, 2009**.

    Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: December 9, 2008